1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   PRITAM KAUR TAGGAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-5291 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| HARBANS KAUR HOTHI, PARAMJIT SINGH TAGGAR, PRITAM KAUR TAGGAR, and GURDEEP SINGH ATWAL | DATE: August 8, 2005<br>TIME : 1:30 p.m.<br>DEPT:  Hon. Oliver W. Wanger |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference Hearing in the above captioned matter scheduled for July 5, 2005 be continued to **August 8, 2005 at 1:30 p.m.**

The grounds for the continuance are further plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the

///
///
///
///
///
///

1  interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

2  DATED: June 28, 2005            McGREGOR M. SCOTT
                                    United States Attorney

4                                   /s/ David L. Gappa
5                                   DAVID L. GAPPA
                                    Assistant U.S. Attorney
6                                   Attorney for Plaintiff

7  DATED: June 28, 2005            LAW OFFICES OF ANTHONY P. CAPOZZI

9                                   /s/ Anthony P. Capozzi
                                    ANTHONY P. CAPOZZI
10                                  Attorney for Defendants
                                    HARBANS KAUR HOTHI and
11                                  PARAMJIT SINGH TAGGAR

12 DATED: June 28, 2005            QUIN DENVIR
13                                  Federal Defender

15                                  /s/ Melody M. Walcott
                                    MELODY M. WALCOTT
16                                  Assistant Federal Defender
                                    Attorney for Defendant
17                                  PRITAM KAUR TAGGAR

18 DATED: June 28, 2005            LAW OFFICE OF ROGER K. LITMAN

20                                  /s/ Roger K. Litman
                                    ROGER K. LITMAN
21                                  Attorney for Defendant
                                    GURDEEP SINGH ATWAL

**O R D E R**

**IT IS SO ORDERED**.

Dated: June _30__, 2005

                                    **/s/ OLIVER W. WANGER**

                                    OLIVER W. WANGER, Judge
                                    United States District Court
                                    Eastern District of California

Stipulation to Continue Status Conference Hearing     2