ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GURDEEP ATWAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  04-5291 OWW |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| v. | ) | |
| GURDEEP ATWAL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for August 8, 2005, be continued until August 22, 2005 at 1:30 p.m. in the above-entitled court.

This request is made to allow defense counsel additional time to review proposed settlement of the action with their respective clients.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: August 4, 2005            /s/ David Gappa_____
                                 DAVID GAPPA
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. Gappa
                                 via telephone, on August 3, 2005**

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:   August 4, 2005                    /s/ Anthony Capozzi
                                           ANTHONY CAPOZZI
                                           Attorney for Defendants
                                           PARMJIT SINGH TAGGAR and
                                           HARBANS KAUR HOTHI
                                           **This was agreed to by Mr. Capozzi
                                           via telephone, on August 3, 2005**

DATED:   August 4, 2005                    /s/ Melody Walcott
                                           MELODY WALCOTT
                                           Attorney for Defendant
                                           HARBANS KAUR HOTHI
                                           **This was agreed to by Ms. Walcott
                                           via telephone, on August 3, 2005**

DATED:   August 4, 2005                    /s/ Roger K. Litman
                                           ROGER K. LITMAN
                                           Attorney for Defendant
                                           GURDEEP ATWAL

SO ORDERED:

DATED:   __August 5, 2005            _/s/ OLIVER W. WANGER_____
                                           OLIVER W. WANGER
                                           U.S. DISTRICT COURT JUDGE

2