ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GURDEEP ATWAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GURDEEP ATWAL,<br><br>  Defendant.<br>_____ | CASE NO.  04-5291 OWW<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

Defendant GURDEEP ATWAL, by and through his counsel of record, ROGER K. LITMAN, hereby moves this court for an order exonerating the property bond posted to secure Mr. Atwal's release from custody and for reconveyance of real property in the above-captioned case.

The magistrate court ordered Mr. Atwal released from custody under conditions of Pretrial Services supervision on a $250,000 property bond. Real property owned by Jaspal Singh, Surinder S. Grewal, Kshitu Kaur and Amarjit Kaur was to be posted as collateral for the property bond. On November 10, 2004, a certified copy of the deed of trust (Alameda County document # 2004-498953), and promissory note in the amount of $250,000 were received by the court. See Clerk's Record #36.

On May 23, 2006, Mr. Atwal was sentenced to a total term of 4 months and remanded into the custody of the U.S. Marshal's Service. Mr. Atwal completed the sentence imposed by the U.S. District Court. The same was verified by Assistant

United States Attorney David Gappa.

Since Mr. Atwal has been sentenced and the Judgment against Mr. Atwal in this action filed on May 25, 2006, he requests that the court exonerate the bond previously set by the magistrate court and reconvey title to the real property securing said bond. Assistant U.S. Attorney, David Gappa, does not oppose this motion.

Respectfully submitted,

DATED: January 31, 2007
/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
GURDEEP ATWAL

**ORDER**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to Jaspal Singh, Surinder S. Grewal, Kshitu Kaur and Amarjit Kaur.

IT IS SO ORDERED.

**Dated: February 1, 2007**
emm0d6
**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE